IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-171-D

|  |  |  |
|---|---|---|
| WELLS FARGO BANK, N.A., successor by merger to Wachovia Bank, N.A., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| JAMES F. HOPF, and JULIE B. HOPF, | ) ) ) ) | |
| Defendants. | ) | |

Wells Fargo Bank, N.A ("Wells Fargo") filed a motion for judgment on the pleadings [D.E. 12] pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and a supporting memorandum [D.E. 13]. Defendants did not respond. Based on the pleadings, the court finds that there is no genuine issue as to any material fact and that Wells Fargo is entitled to judgment as a matter of law against defendants James F. Hopf and Julie B. Hopf. Accordingly, it is hereby ORDERED that:

1. The motion [D.E. 12] is granted; and

2. Judgment is hereby entered in favor of Wells Fargo Bank, N.A. and against James F. Hopf and Julie B. Hopf, jointly and severally, in the amount of $266,653.92, which consists of principal of $240,814.00, interest of $23,976.04, and late charges of $1,863.88; plus interest at the rate of $45.15263 per diem from and after July 16, 2013, until the date of judgment; plus reasonable attorney's fees in the amount of $39,718.51. The judgment shall accrue interest at the legal rate until paid in full.

SO ORDERED. This 12 day of November 2013.

/s/ James Dever
JAMES C. DEVER III
Chief United States District Judge