AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 4:13-CV-171-D** |
| JAMES F. HOPF AND JULIE B. HOPF, | ) |
| Defendants. | ) |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 12]. Judgment is hereby entered in favor of Wells Fargo Bank, N.A. against James F. Hopf and Julie B. Hopf, jointly and severally, in the amount of $266,653.92, which consists of principal of $240,814.00, interest of $23,976.04, and late charges of $1,863.88; plus interest at the rate of $45.15263 per diem from and after July 16, 2013, until the date of judgment; plus reasonable attorney's fees in the amount of $39,718.51. The judgment shall accrue interest at the legal rate until paid in full.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **NOVEMBER 12, 2013** WITH A COPY TO:

Jonathan Thomas (via CM/ECF Notice of Electronic Filing)
James F. Hopf (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| November 12, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |